UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-CV-1617 CAS |
| | ) | |
| PFIZER INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Defendants' Motion to Stay Pending MDL Transfer. Plaintiff opposes the motion and has filed a motion to remand the case to state court. The Court finds that the motion to stay should be granted to conserve judicial resources and prevent inconsistent pretrial orders pending transfer to the United States District Court for the Northern District of California for consolidated and coordinated pre-trial proceedings as part of *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL-1699. With respect to the motion to remand, the Judicial Panel on Multidistrict Litigation has stated that such motions can be properly presented to and decided by the transferee judge.

Accordingly, defendants' Motion to Stay Pending MDL Transfer is **GRANTED** [Doc. 6], all pretrial proceedings and deadlines, including a ruling on plaintiff's motion to remand, the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, and all other discovery and pretrial deadlines, are hereby stayed pending transfer of this case to MDL No. 1699 for coordinated and consolidated pretrial proceedings.

                                                                                          **CHARLES A. SHAW**
                                                                                           **UNITED STATES DISTRICT JUDGE**

Dated this  3rd  day of November, 2005.